United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RODRIGUEZ NISTAL HILBERTO AMAURY, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-4477 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The respondents are **ordered** to file a response to the petitioner's motion at Docket Entry No. 8 by **September 9, 2026**.

SIGNED on September 3, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge