United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RODRIGUEZ NISTAL HILBERTO AMAURY, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-4477 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The court's order of September 3, 2026, that was mailed to the petitioner has been returned to the court twice. (*See* Docket Entry No. 12; Docket Entry No. 13). **By November 19, 2026**, the respondents are **ordered** to update the court as to whether Rodriguez Nistal Hilberto Amaury is still detained, and if so, provide his current location of detainment. Further, if Hilberto Amaury is still detained, respondents must personally deliver the court's order September 3, 2026, at Docket Entry No. 9 to Hilberto Amaury to ensure his receipt of the order. The status update to the court must report on whether delivery of the court's order was successfully completed.

SIGNED on November 12, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge